25-CV-4578 (PM#) #1

Jeremiah F. Herbert, Pro se, Plaintiff
P.O. Box 338
Napanoch, N.Y. 12458
Attn: Justice Halpen
Southern District of New York
Attn: Gaberial Cahn, AAG
28 Liberty Street, 18th. Floor
New York, N.Y. 10005

Formal Matter: Pre[...]

As required and to prope[r...] complainant, seeks proper permission t[...] Plaintiff upon good cause and within 5 [...] to Gaberial Cahn in accordance with Ru[le...] submitted complaint shall have all requ[...] court amended, plaintiff seeks leave to [...] Jones to proper name defendant officer [...] on January 29, 2024, while plaintiff [...] warranted, case upon U.S.C. § 1983 action shall proceed to discovery order, plaintiff request all discovery demand under rule 331be comply with

More importantly,, plaintiff did indeed timely exhausted under NYCRR 701.5, plaintiff did properly and timely followed the three tier grievance review process to support each cause of action requested. Each Eighth Amendment claim pursuant to 42 U.S.C. § 1983 for failure to protect, excessive force, condition of confinement shall indeed proceed to non-jury trial demand and monetary damages shall be awarded to plaintiff.

Respectfully Submitted,

Jeremiah F. Herbert, Pro se, Plaintiff
P.O. Box 338
Napanoch, N.Y. 12458

Cc: File

---

> Application denied without prejudice. Specifically, to the extent Plaintiff's letter (Doc. 14) requests relief under Rule 4(C)(ii) of this Court's Individual Practices, Plaintiff's request is denied as "[t]he parties shall not submit copies of these letters to the Court." (Rule 4(C)(ii)).
>
> To the extent Plaintiff's letter (Doc. 14) requests leave to amend under Rule 2(C) of this Court's Individual Practices, Plaintiff's request is denied as premature, as Defendants have not yet appeared in this matter.
>
> Plaintiff shall, by October 8, 2025, provide a letter to the Court clarifying whether Defendant B. Jones was incorrectly included as a defendant in this action. If so, Plaintiff may, in the same letter, request leave to substitute the "proper name[d] defendant officer Ashton Jones," in lieu of Defendant B. Jones, and if known, shall provide the Court with the full name and address of "Ashton Jones." (Doc. 14).
>
> The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 14 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> September 24, 2025



RECEIVED SEP 22 2025 U.S.D.C. W.P.