UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH F. HERBERT,

                Plaintiff,

         -against-

B. JONES, et al.,

            Defendants.

**ORDER**

25-CV-04578 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 28, 2026, Plaintiff filed a "Request for Admission under Federal Rules of Civil Procedure 36," consisting of discovery materials. (Doc. 44). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery materials docketed on January 28, 2026 (Doc. 44) from the docket but retain the summary docket text for the record. The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff at the address listed on the docket.

Dated: White Plains, New York
       January 30, 2026

_____
       Philip M. Halpern
       United States District Judge