UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH F. HERBERT,

                Plaintiff,

        -against-

B. JONES, et al.,

                Defendants.

**ORDER**

25-CV-04578 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 17, 2026, Plaintiff filed a "Request to GRANT expert testimony and the calling of Direct-Witness," consisting of discovery materials. (Doc. 50). The Court does not permit the parties to file discovery materials on the docket. Additionally, any such discovery request is premature in light of Defendants' currently pending motion to dismiss.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery materials docketed on March 17, 2026 (Doc. 50) from the docket but retain the summary docket text for the record. The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff at the address listed on the docket.

Dated: White Plains, New York
       March 19, 2026

                                    Philip M. Halpern
                                    United States District Judge