UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH F. HERBERT,

Plaintiff,

-against-

B. JONES, et al.,

Defendants.

**ORDER**

25-CV-04578 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 2, 2026, Plaintiff filed a Letter consisting of discovery materials and associated requests. (Doc. 74). The Court does not permit the parties to file discovery materials on the docket. Additionally, any such discovery request is premature in light of Defendants' currently pending motion to dismiss.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery materials docketed on November 2, 2026 (Doc. 74) from the docket but retain the summary docket text for the record. The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff at the following address: Jeremiah F. Herbert, DIN 23B1459, Auburn Correctional Facility, 135 State Street, P.O. Box 618, Auburn, NY 13021.

Dated: White Plains, New York
November 5, 2026

Philip M. Halpern
United States District Judge